UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LEE AGEE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 08-882 (PLF)<br>) |
| EDWARD T. SCHAFER, Secretary,<br>United States Department of Agriculture, | )<br>)<br>) |
| Defendant. | )<br>) |
| FOREST KIMBROUGH, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 08-901 (PLF)<br>) |
| EDWARD T. SCHAFER, Secretary,<br>United States Department of Agriculture, | )<br>)<br>) |
| Defendant. | )<br>) |
| LINDA ADAMS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 08-919 (PLF)<br>) |
| EDWARD T. SCHAFER, Secretary,<br>United States Department of Agriculture, | )<br>)<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EDWARD T. SCHAFER, Secretary, )<br>United States Department of Agriculture, )<br>)<br>Defendant. ) | Civil Action No. 08-940 (PLF) |
| WILLIE E. BENNETT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EDWARD T. SCHAFER, Secretary, )<br>United States Department of Agriculture, )<br>)<br>Defendant. ) | Civil Action No. 08-962 (PLF) |
| AMBROSE MCKINNEY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EDWARD T. SCHAFER, Secretary, )<br>United States Department of Agriculture, )<br>)<br>Defendant. ) | Civil Action No. 08-1062 (PLF) |

|  |  |
|---|---|
| JAMES BOLTON, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>EDWARD T. SCHAFER, Secretary,  )<br>United States Department of Agriculture,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 08-1070 (PLF) |

ORDER

Upon consideration of the parties' Joint Motions for a Stay filed in Civil Action No. 08-882, Civil Action No. 08-901, Civil Action No. 08-919, Civil Action No. 08-940, and Civil Action No. 08-962, it is hereby

ORDERED that the parties' Joint Motions for a Stay filed in the cases listed in paragraph one of this Order are GRANTED; it is

FURTHER ORDERED that in light of the Joint Motions for a Stay filed in the cases listed in paragraph one of this Order, all of the above captioned cases – including Civil Action No. 08-1062 and Civil Action No. 08-1070 – are stayed in their entirety for a period of 90 days for purposes of settlement negotiations.  This stay includes but is not limited to defendant's responses to the complaints, the parties' discovery and defendant's disclosure requirements under Section 14012(e); it is

FURTHER ORDERED that any later-filed complaints brought prior to September 1, 2008 under Section 14012 are also stayed for the duration of the stay entered in these cases,

and the parties to any later-filed complaints shall be permitted to participate in the ongoing settlement negotiations in these cases; and it is

    FURTHER ORDERED that the parties shall report to the Court on the status of their negotiations no later than September 8, 2008.

    SO ORDERED.

                    /s/_____
                    PAUL L. FRIEDMAN
                    United States District Judge

DATE: June 27, 2008