AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES BOLTON, et al.

**SUMMONS IN A CIVIL CASE**

V.

ED SCHAFER, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVE, SW
WASHINGTON, D.C. 20250

Case: 1:08-cv-01070
Assigned To : Friedman, Paul L.
Assign. Date : 6/20/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

JEFFREY A. TAYLOR, US ATTORNEY
FOR THE DISTRICT OF COLUMBIA
501 FOURTH STREET, NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARRIS L. POGUST, ESQ., DEREK T. BRASLOW, ESQ.
POGUST BRASLOW & MILLROOD, LLC
161 WASHINGTON STREET, SUITE 1520
CONSHOHOCKEN, PA 19428

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 2 0 2008

CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

James Bolton, et al.                )
                                    )
                                    )
                                    )
             Plaintiff(s)           )
                                    )  Case No.: 1:08-cv-01070
                                    )
         v.                         )
                                    )
Ed Schafer, Secretary, the United States Department of  )
Agriculture                         )
                                    )
                                    )
             Defendant(s)           )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order
SERVE TO: Jeffrey A. Taylor, US Attorney for the District of Columbia
SERVICE ADDRESS: 501 3rd Street, NW, Washington, DC 20530

DATE SERVED: June 24, 2008    TIME SERVED: 12:58 PM
PERSON SERVED: Gary Nails, Correspondence Clerk, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 38    Height: 5'10"    Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-27-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004004                                                                           Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES BOLTON, et al.

**SUMMONS IN A CIVIL CASE**

V.

ED SCHAFER, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVE, SW
WASHINGTON, D.C. 20250

Case: 1:08-cv-01070
Assigned To : Friedman, Paul L.
Assign. Date : 6/20/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ED SCHAFER, SECRETARY, THE UNITED STATES
DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVE, SW
WASHINGTON, D.C. 20250

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARRIS L. POGUST, ESQ., DEREK T. BRASLOW, ESQ.
POGUST BRASLOW & MILLROOD, LLC
161 WASHINGTON STREET, SUITE 1520
CONSHOHOCKEN, PA 19428

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**              JUN 2 0 2008

CLERK                                       DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

James Bolton, et al.                                )
                                                    )
                                                    )
                                                    )
                    Plaintiff(s)                    )
                                                    )  Case No.: 1:08-cv-01070
                                                    )
            v.                                      )
                                                    )
Ed Schafer, Secretary, the United States Department of )
Agriculture                                         )
                                                    )
                    Defendant(s)                    )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order on Ed Schafer, Secretary, The United States Department of Agriculture in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 24, 2008 at 12:00 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order on Ed Schafer, Secretary, The United States Department of Agriculture at 1400 Independence Avenue, SW, Washington, DC 20250 by serving Jim Kelly, Deputy General Counsel, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Black/Grey    Age: 60    Height: 5'8"    Weight: 160


I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_6-24-08_
Executed on:

_Wesley Jennings_ (signature)
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003893                                                              Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES BOLTON, et al.

**SUMMONS IN A CIVIL CASE**

V.

ED SCHAFER, SECRETARY, THE UNITED
STATES DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVE, SW
WASHINGTON, D.C. 20250

CAS

Case: 1:08-cv-01070
Assigned To : Friedman, Paul L.
Assign. Date : 6/20/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY
US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARRIS L. POGUST, ESQ., DEREK T. BRASLOW, ESQ.
POGUST BRASLOW & MILLROOD, LLC
161 WASHINGTON STREET, SUITE 1520
CONSHOHOCKEN, PA 19428

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 2 0 2008

CLERK                                DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Bolton, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Ed Schafer, Secretary, the United States Department of Agriculture<br><br>Defendant(s) | Case No.: 1:08-cv-01070 |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order
SERVE TO: Michael B. Mukasey, US Attorney General
SERVICE ADDRESS: US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

DATE SERVED: June 24, 2008   TIME SERVED: 11:48 AM
PERSON SERVED: Donna Monroe, General Clerk II, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 46   Height: 5'6"   Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-27-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004005                                                                                           Client Reference: N/A